DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE JACOBS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1134

[July 26, 2018]

Appeal from order denying rule 3.850 motion to the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 56-2010-CF-003192-A.

Eugene Jacobs, Wewahitchka, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***